UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 10 NORTH WASHINGTON AVENUE, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHLAND, a municipal corporation,<br><br>Defendant. | NO. CV-11-5041-RHW<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

Before the Court is the parties' Stipulation to Remand (ECF No. 2). The stipulation was heard on an expedited basis.

On March 8, 2011, Defendants removed the above-captioned action to the Eastern District of Washington. Plaintiff stipulates that its Complaint filed in Benton County under Cause No. 11-2-00197-8 does not assert any claims under federal law. As such, the parties stipulate that the above-captioned case should be remanded to State of Washington Benton County Superior Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Remand (ECF No. 2) is **GRANTED**.

2. The above-captioned case is **remanded** to the State of Washington, Benton County Superior Court.

///

///

///

**ORDER GRANTING STIPULATION TO REMAND** ~ 1

3. The parties' Motion to Expedite (ECF No. 3) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file**.

**DATED** this 1ˢᵗ day of April, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\CIVIL\2011\remand.wpd

**ORDER GRANTING STIPULATION TO REMAND ~ 2**